u.s. DISTRICT COURT of Middle Florida
OFFICE OF THE clerk
406 w. central Blvd #1200
Orlando, Florida 32801
April 9, 2021

FILED

2021 APR -8 PM 2:38
an amended
an amendment
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA by a Jury

August 9, 2019, Final Judgment within Ten days For Five millions dollars cash only by victims, Property: a Relief a admitted, admission, - ratifying - Please, Today, For one Time by state action

a Review by u.s. supreme court — 50% consolidated or merged

YOUNG YIL JO, ~~[redacted]~~
~~KRISTOF ZAWADZKI, [redacted]~~

PETITIONERS "Any"

v. "Continue To discharged"

SIX UNKNOWN NAMES AGENTS OR MR. PRESIDENT OF THE UNITED STATES Joseph Biden AND DEP HUD, PROLAND MANAGEMENT AND MAYOR MR. ERIC GARCETI CITY OF LOS ANGELES CALIFORNIA AND PRESBYTERIAN WILSHIRE CHURCH

RESPONDENTS

"a conclusion of the law"

ATIONS BY LAW BY JURY TAX PAYERS
For unreasonable searches and seizures

I WOULD LIKE PROPOSE TO REVIEWS UNDER 42 USC 1983 A CIVIL RIGHTS ACTION CHIEF JUSTICE: JOHN ROBERTS UNDER DUE PROCESS ~~[redacted]~~ NO DISCRIMINATES MENTAL DAMAGES OR ILLEGAL FOR PRICE OR NATIONAL ORIGIN THE WRIT OF CERTIORARI THE WRIT OF ATTACHMENT GARNISHMENT OF ~~of each~~ only 20% AMOUNT OF DAMAGES IS ONE HUNDRED MILLIONS DOLLARS TO YOUNG YIL JO, ~~[redacted]~~ ~~KRISTOF ZAWADZKI FOR EACH~~ BECAUSE WE HAD APPLIED LOW INCOME OR SECTION 8 FOR AID APPARTMENT BUT DENYED ~~NO EQUAL RIGHTS~~ VIOL_ 50% LOS ANGELES 50% SEOUL KOREA

(5) Young Yil Jo immediately citizenship papers By

PRO SE CLAIM BY YOUNG YIL JO #9345, ~~[redacted]~~
~~[redacted] FOR TAX PAYER OF [redacted] FOR FOR EACH AMOUNT OF DAME.~~ 50% Reduced To 20%

cc, DEPARTMENT OF HUD
300 N LOS ANGELES ST #4054
LOS ANGELES CA 90012
213-894-80000

a writs of Election

YOUNG YIL JO 2629 W 8TH ST#301
LOS ANGELES CA 90057 AND

"Promptly immediately determination" For leave, ~~[redacted]~~ Properly.

(2) pPROLAND MANAGEMENT
2510 W 7TH STREET
LOS ANGELES, CA 90057
213-783-8175

"Presumption of innocence"

- an Amended -

plus Ten millions dollars a by Jury in 30 days

~~no~~ appropriate admission admitted" Aug 18, 2019.

WILSHIRE PRESBYTERIAN CHURCH
300 S WESTERN AVE
LOS ANGELES CA 90020

DATE:
MAY 13, 2019
or July 9, 2019

6/27/19 (5) no CalFresh program denied, reason For no citizenship papers this is no discrimination, ~~[redacted]~~ violation under Laws by 010 wilshire special office 2415 w 6th st Los Angeles, CA 90057-3123 For Food Stamp

(3) SUBJECT: ADDITIONAL: METRO SUBWAY SYSTEM'S FEE'S OR FARE IS 3 KINDS OF $1,75¢, 75¢, 35¢ BUT 35¢ IS AGED OR SICK PERSONS BUT TIME LIMIT IS 10AM TO 3PM FOR WITHOUT RUSH HOURS ONLY NO TIME LIMIT NO DISCRINATION IS AGAINST LAWS

(4) Final decrees For THE within Ten days by Jury. 4/30/19

Know or condone

DATE: JUNE 10, 2019 ADDITNAL OTHERWISE: NO RESTRICTION NO DISCRIMINATION IN THE CHURCH FOR FOOD PANTRY SERVICE BUT NO INTERFERING FOR EXCHANGE HABITUAL FOR PRIVATE rights, no any without notice For a Young Minister 6/10/19

— more — attached evidence

U.S. DISTRICT COURT OF Middle Florida
OFFICE OF THE clerk
401 W. Central BLVD #1200 ORlando, Florida 32801
APRIL 9, 2021

an amended
an amendment
in 30 days by a Jury

(8) or (9) no dismissed or no denyed and ~~[illegible]~~ absolutely by Jury, December 26, 2019 a Relief admitted, ratifying

YOUNG YIL JO
~~[illegible]~~

PETITIONERS

V.

SIX UNKNOWN NAMES AGENTS OR MR. PRESIDENT OF THE UNITED STATES Joseph Biden AND DPT HUD, PROLAND MANAGEMENT and Los angeles, CA. Mayor MR. Eric garceTi

RESPONDENTS

I WOULD LIKE PROPOSE TO REVIEW UNDER 42 USC 1983 A CIVIL RIGHT ACTION CHIEF JUSTICE: JOHN ROBERTS

UNDER DUE PROCESS ~~EQUAL RIGHTS~~

NO DISCRIMINATION

MENTAL DAMAGES OR ILLEGAL FOR PRICE OR NATIONAL ORIGIN

A WRIT OF CERTIORARI

A WRIT OF ATTACHMENT GARNISHMENT OF

$ 50% reduced

AMOUNT OF DAMAGES IS ONE HUNDRED MILLIONS DOLLARS TO YOUNG YIL JO ~~[illegible]~~

BECAUSE I HAD BEEN APPLIED LOW INCOME OR SECTION 8 FOR AID APPARTMENT BUT DENYED ~~NO EQUAL RIGHT VIOLATION~~ BY LAW BY JURY TAX PAYER

a Review by U.S. Supreme Court

50% LOS ANGELES

50 % SEOUL KOREA

6 or 7th December 25, 2019 no delay. if more than 2019 year of Penalty ~~charge~~ amount is additional Ten millions dollars by Jury Trial immediately ratifying

Young Yil Jo

A PRO SE A CLAIM BY YOUNG YIL JO #9345

2629 W 8TH STREET #301
LOS ANGELES CA 90057

"Presumption of innocence"

— an amended —

Plus Ten millions dollars
a by Jury in 30 days
an amount or a Relief

cc; DEPARTMENT OF HUD
300 N LOS ANGELES ST # 4054
LOS ANGELES, CA 90012
213-894-8000

PROLAND MANAGEMENT
2510 W 7TH STREET
LOS ANGELES, CA 90057
213-783-8175

(10) December 28-31, 2019 no invasion of Privacy for wrongful intrusion mental suffering damages charge one million dollars by Jury

DATE:

Subject: Additional: Metro Subway System's Fee's or Fare is 3 Kinds of $1.75¢ .75¢ .35¢ But 35¢ is aged or sick person's But Time Limit is 10 AM To 3 PM For without Rush Hours only no Time Limit no discrimination against Laws 4/30/19

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT OF Middle Florida

— an amended — in 30 days by JuRY a

In one supreme court shall be vested a compensation

YOUNG YIL JO, [redacted]
[redacted]
A PETITIONERS

A NOTICE OF APPEAL
a Review by u.s. Supreme Court Ratified "a conclusion of the law" and ~~a relief~~

DOCKET NO:

a compensation shall be vested a Judgment or a decree for unreasonable searches and seizures by Records

V.

SIX UNKNOWN NAMES AGENTS OR MR. PRESIDENT OF THE UNITED STATES Joseph Biden OR DEPT OF H. U. D AND PROLAND MANAGEMENT OR MAYOR MR. ERIC GARCETI CITY OF LOS ANGELES, CALIFORNIA AND WILSHIRE PRESBYTERIAN CHURCH, olo Wilshire special office 2415 w. 6th ST. Los Angeles, CA 90057

RESPONDENTS

NOTICE IS HEREBY GIVEN THAT YOUNG YIL JO, [redacted]
PARTIES
[redacted]
a Review by supreme court u.s.

HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE CIRCUIT DESCRIBE IT ENTERED IN THE ACTION ON THE 9 DAY OF ~~January~~ APRIL @20~~18~~ 21

Young Yil Jo
SIGNATURE

Young Yil Jo
PRINTED NAMES

new ADDRESS 2629 w 8th street #301 Los Angeles, CA 90057

DATE: ~~January~~ APRIL 9, 2020

an amount, a relief

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
middle DISTRICT OF Florida

- an amended -
in 30 days
a by JURY
a compensation granted
a Conclusion of the Laws and ~~a relief~~

Young Yil Jo
A PETITIONER
V.
SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS
OR JOSEPH Biden

A NOTICE OF APPEAL

DOCKET NO; a Judgment or a decree For unreasonable searches and seizures by Records

NOTICE IS HEREBY GIVEN THAT Young Yil Jo 01183-112
PARTY a Review by Supreme Court U.S.
HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE CIRCUIT describe it ENTERED IN THIS ACTION ON THE 9 DAY OF APRIL, 20~~18 20~~ 21.

~~For admission~~ a Judgment of conviction is ~~acquitted~~ ~~set aside~~ innocent by a Jury ~~admitted~~ within Ten days

28 USC 1915 g.H.

Social Security, no discriminate of price or national origins

name of
SIGNATURE

Young Yil Jo
PRINTED NAME

WITHOUT FEE, FOR SERVICE
WITHOUT CONFERENCE, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
AN AMENDED IN GOOD FAITH ~~GOOD CONCIENCE~~
AN APPEAL

new, ADDRESS;
2629 W. 8th Street #301
Los Angeles, CA 90057

DATE; April 9, 2021

an amount, a Relief

U.S. DISTRICT COURT OF Middle Florida
OFFICE OF THE CLERK
401 W. CENTRAL BLVD#1200 orlando FL 32801
APRIL 9, 2021

An amended
an amendment

no any discriminate

I would like propose To Review
Under 42 usc 1983 a civil rights action own solely by a JURY with ~~a writ of~~ summons and a complaint by federal or the law of the state

Kryst Zawadzki
A petitioner

Chief Justice John Roberts and Attorney General Eric Holder under due pro cessequal rights en banc pass a resolution a pleader injury entitled to redress requiredattained confirmed a petition for ~~a writ of~~ certiorari and a reversal of a review of his conviction and a remanded a decision a recover on a theory persi st insist firmly for injury Sooner

V.
Six unknown names agents
Or M r president of the U.S.
United States Barack Obama
MR. JOSEPH Biden

~~no~~ Tax Payer — a limited — one
~~Plus triple~~ damages or illegal discrimination include price by jury trial
Entering a ~~final judgment~~ one lump sum ~~in~~ Cruel Custody in prison illegal

An adopted in full a proper ~~a writ of~~ e~~xecution a contract~~ a petition for reconsider a foreign state an application by party to a determination naturalize a reasonable amount total real to redress a ~~preempt~~ pay in full within ten days pay ities in a more any rights to sue or any conviction victims injury to sue to redress required a writ of attachment garni ment an ownership amount of damages is five millions dollars and plus one hundred millions dollars to

Kryst Zawadzki Deposit in the bank a ~~tax payer~~ an equity pay in full within ten days r a determination a motion to set aside a judgment of his conviction and a remanded one to five years treasury notes r a determination a selected by supreme court of the united states or Mr. president of the united states Barack bama a ~~privilege a pardon an amnesty~~ a bill of possession guarantee a right in union I am injured to redress required d obtain secure exact realized attained confirmed solely own by jury trial of receipt ~~immediately a~~ disposition a sett ment an earier an amended a properly a valid a treaty a petition for reheaing an order a policy a rule a qualification a nstate an indemnity a restitution I believe I am entitled to redress a fact a genuine dispute a motion for summary jud ent a ~~final judgment an agreement~~

~~20%~~ Donate To Pentagon ~~[illegible]~~

A prayer a claim by Kryst Zawadzki
name of

no any discriminate
a pro se party a required

A claim a complaint a plaintiff a person an individual individuals a remedy remedies his injury claim a timely a pe n for ~~a writ of~~ habeas corpus a decision in habeas corpus a case cases claims a key a ~~default~~ once a claim for relief nore than 30 days a private a privacy right alone suffice a master a special master issues a showing a matter of ts a title a demurrer a brief briefs a state a statute a statement in such a proceedings a right a decision ~~an immediat~~ letermination a rights for First Fifth Eleventh and Fourteenth Amendments ART III 28 usc 1915 d. f. conclusion of suit her proceedings commenced unconstitutional conviction by witness perjury false state assume infer presumption icial discrimination in good faith good conscience unnecessary delay unconstitutional detention torture an innoce milies in America reside in America ~~no~~ deportation ~~no~~ attempt or conspiracy charged ~~no~~ alleged misconduct an opriate a society a u.s. citizen card a release a permit a suffice an active a budget each fiscal year a motion for l reconsider ~~granted~~ a redress required a classes actions 30 days deadline guarantee ~~donate to pentagon~~ for ~~one~~ ~~mi~~ ~~dollars~~ a stay by jury ~~preempt~~ jurisdiction grounds motions issues parties pleadings amendments claim for relief gh pleader is entitled to relief judgment adopted all others pleadings same pleadings result matters all parties others relief may ~~granted~~ equal protection all other amendments a party a party may amend same remedies by cratic resume continue guarantee in union PLRA 3 or more 50 more antitrust laws a motion to amend and relief y ~~in immediately~~ and ~~immediately~~ release from custody

~~otion For admission admitted~~ in p
~~to~~ set of Facts — For a
~~[illegible]~~ infringe force compel in any criminal c
, search and seize Sanction in prison or in ms
Review a writ of Decrees Rendered under Con-
erred Jurisdiction an important Federal question
stitution at any time himself ~~[illegible]~~
Tention 28usc 1746. 1915 H. National security 6

an amended
an amendment
within 30 days an amount
a Relief

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
Middle DISTRICT OF Florida

Kryst Zawadzki
A PETITIONER

V.

SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS
OR MR. JOSEPH Biden

A NOTICE OF APPEAL

an amended by a JURY

DOCKET NO;

NOTICE IS HEREBY GIVEN THAT Kryst Zawadzki
PARTY

HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE supreme court U.S, CIRCUIT describe it ENTERED IN THIS ACTION ON THE 9 DAY OF APRIL , 20~~16~~ 21

~~For admission~~ a Judgment of conviction is acquittal set aside by a Jury ~~admitted~~ within Ten days conclusion mistrial reviewed on certiorari. pay duties in another Know or ~~condone~~

For damages claim 4.5. OR until

— a limited — one

SIGNATURE

Kryst Zawadzki
PRINTED NAME

ADDRESS;

360 W. Ocean BlVD #~~304~~
Long Beach, CA 90802

WITHOUT FEE, FOR SERVICE - EXHAUSTION -
WITHOUT CONFERENCE, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
AN AMENDED IN GOOD FAITH ~~GOOD~~
AN APPEAL a petition of a writ of cer
within November 28, 2016. immediate,
Effective date November 28, 2016.
immediately Final determination of
a

DATE; APRIL 9, 2021

Has decided an important Federal question
an important matter by Jury

U.S. DISTRICT COURT of Middle Florida
OFFICE OF THE Clerk
401 W. Central BLVD # 1200 ORlando. Florida 32801
APRIL 9, 2021

No any discriminate

An amended
an amendment
by a JURY

Kum NAM LEE
A petitioner
V.
Six unknown names agents
Or M r president of the U.S.
United States Barack Obama
MR. JOSEPH Biden

I would like propose to Review
Under 42 usc 1983 a civil rights action own solely with ~~a writ of~~ summons and a complaint by federal or the law of the state Chief Justice John Roberts and Attorney General Eric Holder under due pro cessequal rights en banc pass a resolution a pleader injury entitled to redress requiredattained confirmed a petition for ~~a writ of~~ certiorari and a reversal of a review of his conviction and a remanded a decision a recover on a theory persi st insist firmly for injury Sooner

~~no~~ Tax payer — a limited — one
~~Plus triple~~ damages or illegal discrimination include price by jury trial
Entering a ~~final judgment~~ one lump sum ~~to~~ cruel custody in prison, illegal

An adopted in full a proper ~~a writ of execution a contract~~ a petition for reconsider a foreign state an application by party to a determination naturalize a reasonable amount total real to redress a ~~prompt~~ pay in full within ten days pay ities in a more any rights to sue or any conviction victims injury to sue to redress required a writ of attachment garni iment an ownership amount of damages is five millions dollars and plus one hundred millions dollars to Kum NAM LEE Deposit in the bank a ~~tax payer~~ an equity pay in full within ten days r a determination a motion to set aside a judgment of his conviction and a remanded one to five years treasury notes r a determination a selected by supreme court of the united states or Mr. president of the united states Barack )ama a ~~privilege a pardon an amnesty~~ a bill of possession guarantee a right in union I am injured to redress required d obtain secure exact realized attained confirmed solely own by jury trial of receipt ~~immediately a~~ disposition a sett nent an earier an amended a properly a valid a treaty a petition for reheaing an order a policy a rule a qualification a nstate an indemnity a restitution I believe I am entitled to redress a fact a genuine dispute a motion for summary jud ent a ~~final judgment an agreement~~

~~20%~~ Donate To pentagon ~~[illegible]~~
no any discriminate

A prayer a claim by name of Kum NAM LEE
a pro se party a required

A claim a complaint a plaintiff a person an individual individuals a remedy remedies his injury claim a timely a pe n for ~~a writ of~~ habeas corpus a decision in habeas corpus a case cases claims a key a ~~default~~ once a claim for relief nore than 30 days a private a privacy right alone suffice a master a special master issues a showing a matter of ts a title a demurrer a brief briefs a state a statute a statement in such a proceedings a right a decision ~~an immediat~~ letermination a rights for First Fifth Eleventh and Fourteenth Amendments ART III 28 usc 1915 d. f. conclusion of suit her proceedings commenced unconstitutional conviction by witness perjury false state assume infer presumption icial discrimination in good faith good conscience unnecessary delay unconstitutional detention torture an innoce milies in America reside in America ~~●~~ deportation ~~●~~ attempt or conspiracy charged ~~●~~ alleged misconduct an )priate a society a u.s. citizen card a release a permit a suffice an active a budget each fiscal year a motion for l reconsider ~~granted~~ a redress required a classes actions 30 days deadline guarantee ~~donate to pentagon~~ for ~~one mi~~ gh pleader is entitled to relief judgment adopted all others pleadings same pleadings result matters all parties others relief may ~~granted~~ equal protection all other amendments a party a party may amend same remedies by cratic resume continue guarantee in union PLRA 3 or more 50 more antitrust laws a motion to amend and relief y in ~~immediately~~ and ~~immediately~~ release from custody

~~otion For admission admitted~~ in p
~~●~~ set of Facts — For a
~~●~~ infringe Force compel in any criminal/c
search and seize Sanction in prison or in ms
Review a writ of Decrees Rendered under Const
nrced Jurisdiction an important Federal questio
stitution at any time himself ~~[illegible]~~ A
Tention 28 usc 1746. 1915 8.H. National Security 6

an amended
an amendment
within 30 days an amount
a Relief

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
Middle DISTRICT OF Florida

Kum NAM LEE
A PETITIONER
V.
SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS
OR. MR. JOSEPH Biden

A NOTICE OF APPEAL

An amended by a JURY

DOCKET NO;

NOTICE IS HEREBY GIVEN THAT Kum nam LEE
PARTY

HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE Supreme Court U.S. CIRC UIT describe it ENTERED IN THIS ACTION ON THE 9 DAY OF APRIL, 20~~16~~ 21

~~For admitting~~ a Judgment of conviction is acquittal set aside by immediately a reviewed a ~~Jury admitted~~ within Ten days conclusion mistrial a writ of certiorari a writ of Mandamus a Final Judgment Reversed and Remanded. pay duties in another know or condone disposed purchased For damages claim 4.5. OR until ~~granted~~ warranted — a limited — one

WITHOUT FEE, FOR SERVICE ~~Rendered~~
WITHOUT CONFERENCE, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
(1) AN AMENDED IN GOOD FAITH ~~GOOD CO~~
AN APPEAL a writ of certiorari To 28, 2016. immediately determination ~~discharge~~ a warrant warranty

DATE; APRIL 9. 2021

SIGNATURE

Kum nam LEE

PRINTED NAME

ADDRESS;

Has decided an important Federal question
an important matter by a JURY

no any discriminati

U.S. DISTRICT COURT OF Middle Florida
OFFICE OF THE Clerk
401 W. CENTRAL BLVD #1200 ORlando Fl 32801
APRIL 9, 2021

An Amended
an amendment
by a JURY

Andrew SUH
A petitioner
V.
Six unknown names agents
Or M r president of the U.S.
United States Barack Obama
Respon
FOR MR JOSEPH Biden

I would like propose To Review
Under 42 usc 1983 a civil rights action own solely with ~~a writ of~~ summons and a complaint by federal or the law of the state Chief Justice John Roberts and Attorney General Eric Holder under due pro cessequal rights en banc pass a resolution a pleader injury entitled to redress requiredattained confirmed a petition for ~~a writ of~~ certiorari and a reversal of a review of his conviction and a remanded a decision a recover on a theory persi st insist firmly for injury Sooner
~~no~~ Tax payer — a limited — one
~~Plus triple~~ damages or illegal discrimination include price by jury trial
Entering a ~~final judgment~~ ~~one lump sum~~ ~~no~~ Cruel custody in Prison illegal

An adopted in full a proper ~~a writ of~~ e~~xecutions a contract~~ a petition for reconsider a foreign state an application by party to a determination naturalize a reasonable amount total real to redress a ~~prompt~~ pay in full within ten days pay ities in a more any rights to sue or any conviction victims injury to sue to redress required a writ of attachment garni iment an ownership amount of damages is five millions dollars and plus one hundred millions dollars to
Andrew SUH Deposit in the bank a ~~tax payer~~ an equity pay in full within ten days r a determination a motion to set aside a judgment of his conviction and a remanded one to five years treasury notes r a determination a selected by supreme court of the united states or Mr. president of the united states Barack )ama a ~~privilege a pardon an amnesty~~ a bill of possession guarantee a right in union I am injured to redress required il obtain secure exact realized attained confirmed solely own by jury trial of receipt ~~immediately~~ a disposition a sett nent an earier an amended a properly a valid a treaty a petition for reheaing an order a policy a rule a qualification a nstate an indemnity a restitution I believe I am entitled to redress a fact a genuine dispute a motion for summary jud ent a ~~final judgment an agreement~~
~~20%~~ Donate To Pentagon ~~$~~

A prayer a claim by Andrew SuH
name of
no Any discrimina
a pro se party a required

A claim a complaint a plaintiff a person an individual individuals a remedy remedies his injury claim a timely a pe n for ~~a writ of~~ habeas corpus a decision in habeas corpus a case cases claims a key a ~~default~~ once a claim for relief nore than 30 days a private a privacy right alone suffice a master a special master issues a showing a matter of ts a title a demurrer a brief briefs a state a statute a statement in such a proceedings a right a decision ~~an immediat~~ letermination a rights for First Fifth Eleventh and Fourteenth Amendments ART III 28 usc d. f. conclusion of suit her proceedings commenced unconstitutional conviction by witness perjury false state 1915 assume infer presumption icial discrimination in good faith good conscience unnecessary delay unconstitutional detention torture an innoce milies in America reside in America ~~no~~ deportation ~~no~~ attempt or conspiracy charged ~~no~~ alleged misconduct an )priate a society a u.s. citizen card a release a permit a suffice an active a budget each fiscal year a motion for l reconsider ~~granted~~ a redress required a classes actions 30 days deadline guarantee ~~donate to pentagon~~ for ~~one~~ mi ~~dollars~~ a stay by jury ~~prompt~~ jurisdiction grounds motions issues parties pleadings amendments claim for relief gh pleader is entitled to relief judgment adopted all others pleadings same pleadings result matters all parties others relief may ~~granted~~ equal protection all other amendments a party a party may amend same remedies by cratic resume continue guarantee in union PLRA 3 or more 50 more antitrust laws a motion to amend and relief y i~~n immediately~~ and ~~immediately~~ release from custody

~~otion For admission admitted~~ in pr
set of Facts
— For a
Infringe Force compel in any criminal/co
Search and seize Sanction in prison or in insti
Review a writ of Decrees Rendered under const
nted Jurisdiction an important Federal question
stitution at any time himself ~~~~ Re
tention 28usc 1746. 1915 g.h. National Security by

An amended
an amendment
within 30 days an amount
a Relief

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
Middle DISTRICT OF Florida

Andrew SuH
A PETITIONER

V.

SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS

OR JoSepH Biden

A NOTICE OF APPEAL

DOCKET NO;

An amended
by a JuRY

NOTICE IS HEREBY GIVEN THAT Andrew SuH
PARTY

HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE Supreme Court u.s. CIRCUIT describe it ENTERED IN THIS ACTION ON THE 9 DAY OF ApRiL, 20~~16~~ 21

~~For admission~~, a Judgment of conviction is acquittal set aside by immediately a Reviewed a ~~Jury admitted~~ within Ten days conclusion mistrial a writ of certiorari a writ of Mandamus
a Final Judgment Reversed and Remanded.
pay duties in another Know or Condone
Fee simple, purchased disposed
For damages claim 4.5. OR until
~~granted~~ warranted — a limited — one

WITHOUT FEE, FOR SERVICE ~~Rendered~~
WITHOUT CONFERENCE, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
(P) AN AMENDED IN GOOD FAITH ~~GOOD CO~~
AN APPEAL a writ of certiorari To c
28, 2016. immediately determination
~~discharge~~ a warrant warranty c

DATE; ApRiL 9, 2021

SIGNATURE

Andrew SuH
PRINTED NAME

ADDRESS;

B 72067
2600 N. Brinton AVE
Dixon, IL 61021

Has decided an important Federal question
an important matter by a JuRy