# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**YOUNG YIL JO,**

        **Plaintiff,**

v.                                              **Case No: 6:21-cv-629-PGB-GJK**

**SIX UNKNOWN AGENTS, et al.,**

        **Defendants.**

_____/

## ORDER

This case is before the Court upon review of the file. On June 21, 2021 the Court entered an Order Directing Compliance (Doc. 5) instructing Plaintiff to pay the filing fee or file the appropriate paperwork to seek leave of Court to proceed without paying the filing fee. The Order also outlined Plaintiff's noncompliance with the Court's Order (Doc. 2) and directed Plaintiff to file his Notice of Pendency and Certificate of Interested Persons. Plaintiff was warned that failure to comply would result in dismissal of the case without further notice. Plaintiff has failed to comply with any of these directives, and the time to do so has now passed. Therefore, it is

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 12, 2021.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Parties

Case 6:21-cv-00629-PGB-G_K    Document 6    Filed 07/12/21    Page 2 of 2 PageID 39